UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22363-CIV-GAYLES/REID

JEAN COTY RIDORE,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Judge (the "Report") [ECF No. 6]. Petitioner filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254, attacking his conviction and sentence following a jury verdict in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. [ECF No. 1]. The matter was referred to Magistrate Judge Reid for a ruling on all pre-trial non-dispositive matters and for a Report and Recommendation on any dispositive matters. [ECF No. 2]. Judge Reid's Report recommends that the Court dismiss the petition without prejudice as the petition is premature and Petitioner has failed to exhaust his state court remedies. Petitioner has failed to timely object to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters,*

*L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the record and finds no clear error with Judge Reid's well-reasoned analysis and conclusion that the Petition should be dismissed without prejudice. Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Reid's Report [ECF No. 6] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Petitioner's Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED without prejudice**;

(3) No certificate of appealability shall issue; and

(4) This case shall be **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of July, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE